**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ZILLUR RAHMAN** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | **CAUSE NO.: 3:21-CV-00167-B** |
| § | |
| **CIRCLE K STORES INC.** § | |
| § | |
| § | |
| **Defendant.** § | |

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Zillur Rahman ("Plaintiff") in this case and file this, its Notice of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

In compliance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff files this Notice of Dismissal with Prejudice as to Defendant Circle K Corporation. Plaintiff does not wish to continue to litigate his asserted claims in this lawsuit against Defendant Circle K Corporation. Therefore, Plaintiff hereby provides notice that all claims by Plaintiff asserted in this lawsuit against Defendant Circle K Corporation are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully request that the Court enter an order dismissing all of Plaintiff's claims against Defendant Circle K Corporation with prejudice and closing/terminating this case.

Respectfully submitted,

**THE SAKHIA LAW GROUP**
101 E. Park Blvd. # 600
Plano, Texas 75074
(972) 359-9274

By: /s/ *Naim Haroon*
    NAIM HAROON
    California Bar No. 250818
    nhs@sakhialawgroup.com

**ATTORNEYS FOR PLAINTIFF**